IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA GAYNOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARRIOTT HOTEL SERVICES, INC. d/b/a | : | |
| RESIDENCE INN BY MARRIOTT, LLC | : | |
| and WILLIAM WALSH | : | NO. 13-3607 |

## ORDER

**AND NOW**, this 13th day of August, 2013, upon consideration of Plaintiff's Motion to Remand (Docket No. 4), and Defendant Marriot Hotel Services, Inc.'s response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks remand of the case to the Court of Common Pleas of Philadelphia County.

2. The Motion is **DENIED** insofar as it seeks and award of attorney's fees and costs.

3. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.